United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| NASSER M.,<br>    "Petitioner," | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00059 |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY, *et al*., | § | |
|     "Respondents." | § | |

## ORDER

Before the Court are Petitioner's "Petition for a Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Motion to Dismiss or Alternatively Motion for Summary Judgment" (Dkt. No. 19) ("MTD"), and the "Magistrate Judge's Report and Recommendation to Grant Petitioner's Habeas Petition" (Dkt. No. 23) ("R&R"). The R&R recommends this Court (1) grant the Petition (Dkt. No. 1), (2) deny the MTD (Dkt. No. 19), (3) order Respondents to release Petitioner subject to supervision and provide a status update verifying such release, and (4) direct the Clerk of Court to close this case. Dkt. No. 23 at 1.

The R&R was published May 26, 2026. Dkt. No. 23. The Clerk of the Court mailed the R&R to Petitioner's detention facility on the same day, and the United States Postal Service tracking system indicates delivery on May 29, 2026. *See* Dkt. No. 24. To date, no objections have been filed. The Court thus reviews the R&R's conclusions for plain error. See *Guillory v. PPG Indus*., 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Court **ADOPTS the R&R** (Dkt. No. 23). The Petition (Dkt. No. 1) is hereby **GRANTED** and the MTD (Dkt. No. 19) is **DENIED**. Respondents are hereby **ORDERED** to release Petitioner subject to supervision and provide a status update verifying such release. The Clerk of the Court is **DIRECTED** to close this case.

SIGNED this June 16, 2026

_____
Rolando Olvera
United States District Judge